DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE KEYES COMPANY,**
Appellant,

v.

**GARY LESNIK** and **HOPE LESNIK,**
Appellees.

No. 4D19-3340

[July 29, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Raag Singhal, Judge; L.T. Case No. CACE16-006640 (21).

Bruce D. Friedlander of Friedlander & Kamelhair, PL, Pembroke Pines, for appellant.

Bruce S. Rogow and Tara A. Campion of Bruce S. Rogow, P.A., Fort Lauderdale, for appellees.

Matthew J. Conigliaro of Carlton Fields, P.A., Tampa, for Amicus Curiae the Florida Association of Realtors, Inc. d/b/a Florida Realtors.

*ON APPELLEES' CONFESSION OF ERROR*

PER CURIAM.

The appellees appropriately have acknowledged the trial court's error in entering a final judgment against the appellant where the appellees did not prove the appellant's alleged negligence proximately caused damages to them. Based on the foregoing, we reverse the final judgment, with directions to enter a final judgment for the appellant.

*Reversed and remanded with directions.*

LEVINE, C.J., and GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***